Form 404

ORIGINAL

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

39 – 37
jfur

In re:

Bankruptcy Case No.: 18-22598-JAD

Chapter: 7
Hearing Date: 11/2/18 at 11:00 AM

**Richard S. Ross**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362
    **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____October 11, 2018_____.
                              (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____First Class U.S. Mail, Facsimile and Email_____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** October 11, 2018

Donald R. Calaiaro, Esquire
Calaiaro | Valencik
Attorneys at Law
The Lawyers Building
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219
E:  dcalaiaro@c-vlaw.com
F:  1 (412) 232-3858

By: _____
    (Signature)
    Gerald S. Lepre, Jr. and Jessica L. Weiss
    Typed Name

1922 Kenneth Avenue, Arnold, PA 15068-4255
Address

1 (412) 526-7321
Phone No.

Pro se for the Movants
List Bar I.D. and State of Admission

U.S. BANKRUPTCY COURT
PITTSBURGH
2018 OCT 12 A 11:11
RECEIVED

009324
3790800933014