Form 404

UNITED STATES BANKRUPTCY COURT          39 – 37
WESTERN DISTRICT OF PENNSYLVANIA        jfur

In re:                                  Bankruptcy Case No.: 18–22598–JAD

                                        Chapter: 7
                                        Hearing Date: 11/2/18 at 11:00 AM

**Richard S. Ross**
Debtor(s)

**CERTIFICATE OF SERVICE OF** Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362
        **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____ October 12, 2018 _____ .
                                        (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ Email _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** October 12, 2018

Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044
E: trusteesikirica@consolidated.net

By:  /s/ Gerald S. Lepre, Jr. and Jessica L. Weiss
     **(Signature)**
     Gerald S. Lepre, Jr. and Jessica L. Weiss
     **Typed Name**

     1922 Kenneth Avenue, Arnold, PA 15068-4255
     **Address**
     1 (412) 526-7321
     **Phone No.**
     Pro se for the Movants
     **List Bar I.D. and State of Admission**

RECEIVED
2018 OCT 15 A 11:43
U.S. BANKRUPTCY COURT
PITTSBURGH

009324                          3790800933301 4