**Form 404**

**UNITED STATES BANKRUPTCY COURT**  49 – 46
**WESTERN DISTRICT OF PENNSYLVANIA**  jfur

In re:                                                                    Bankruptcy Case No.: 18−22598−JAD

Chapter: 7
Hearing Date: 11/13/18 at 10:00 AM

**Richard S. Ross**
  Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                                    **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                                                    (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                                    By: _____
                                                         (Signature)

                                                         _____
                                                         Typed Name

                                                         _____
                                                         Address
                                                         _____
                                                         Phone No.

                                                         _____
                                                         List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard S. Ross  
    Debtor

Case No. 18-22598-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: jfur                   Page 1 of 1                    Date Rcvd: Oct 15, 2018
                        Form ID: 404                Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.
```
cr           +Gerald S. Lepre, Jr.,    1922 Kenneth Avenue,    Arnold, PA 15068-4225
cr           +Jessica Weiss,    1922 Kenneth Avenue,    Arnold, PA 15068-4225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:
```
              Donald R. Calaiaro     on behalf of Debtor Richard S. Ross dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              James   Warmbrodt     on behalf of Creditor    Fay Servicing as servicer for PROF-2014- S2 LEGAL
               Title Trust II, by U.S Bank National Association, as legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Jerome B. Blank     on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               pawb@fedphe.com
              Joseph S. Sisca,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Michael J Shavel    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               mshavel@hillwallack.com,  lcampbell@hillwallack.com;mosbeck@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```