Form 404

UNITED STATES BANKRUPTCY COURT     49 – 46<br>
WESTERN DISTRICT OF PENNSYLVANIA     jfur

In re:                                                                Bankruptcy Case No.: 18–22598–JAD

Chapter: 7
Hearing Date: 11/13/18 at 10:00 AM

**Richard S. Ross**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** _____ Motion for Extension of Time to File Complaint Objecting to Discharge _____
                **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____ October 23, 2018 _____.
                             (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ Facsimile & Email _____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** October 23, 2018

Donald R. Calaiaro, Esquire
Calaiaro | Valencik
Attorneys at Law
The Lawyers Building
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219
E:  dcalaiaro@c-vlaw.com
F:  1 (412) 232-3858

Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044
E: trusteesikirica@consolidated.net

By: /s/ Gerald S. Lepre, Jr. and Jessica L. Weiss
(Signature)

Gerald S. Lepre, Jr. and Jessica L. Weiss
Typed Name

1922 Kenneth Avenue, Arnold, PA 15068
Address

1 (412) 526-7321
Phone No.

Pro se for the Movants
List Bar I.D. and State of Admission

2018 OCT 25 A 11: 25

010635                    38908010645015