UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** RICHARD S. ROSS
**Case Number:** 18-22598-JAD    **Chapter:** 7
**Date / Time / Room:** FRIDAY, NOVEMBER 02, 2018 11:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From Automatic Stay Pursuant To 11 U.S.C. §362 filed by Gerald S. Lepre, Jr. And Jessica L. Weiss - ~~No Response Filed~~ [Due 10/26/2018] Response Filed by Bebton on 10/26/18 at #56
R / M #: 37 / 0

## Appearances:

CHAPTER 7 TRUSTEE: Jeffrey J. Sikirica, Esq.
DEBTOR(S): Donald R. Calaiaro, Esq.
CREDITOR(S): Gerald S. Lepre, Jr. and Jessica L. Weiss
CREDITOR(S):

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
  ___ For At Least ___ Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at ____ AM/PM at _____
  ___ To Conciliation Conference For _____ at ____ 
       AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order -  NONJURY  /  JURY
  ___ Simple / Pretrial Order - NONJURY  /  JURY
  ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: O/E.

FILED
11/2/18 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge