IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| Richard S. Ross, | : | |
| Debtor, | : | Doc. # 37 |
| | : | |
| Gerald S. Lepre, Jr. and Jessica L. Weiss, | : | |
| Plaintiff(s), | : | FILED<br>11/2/18 4:36 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |
| Vs. | : | |
| Richard S. Ross, | : | |
| Defendant. | : | Bankruptcy No. 18-22598-JAD |

### ORDER OF COURT

AND NOW TO WIT, this 2nd day of November, 2018, upon due and careful consideration of Plaintiff, Gerald S. Lepre, Jr. and Jessica L. Weiss's Motion for Relief from Automatic Stay, the same be and is hereby **GRANTED**, ~~The Automatic Stay is TERMINATED in that it shall not apply to any action involving the subject Plaintiff(s) and their interest in the property located at: 1922 Kenneth Avenue, Arnold, Westmoreland County, Pennsylvania 15068.~~ to the extent Plaintiffs may proceed against NON-debtors (i.e., defendants not in bankruptcy) in the action commenced by Writ of Summons at Lepre and Weiss v. Ross et. al., GD 18-0014916 and filed in the Court of Common Pleas of Allegheny County.

BY THE COURT:

_____ .J
Jeffrey A. Deller
United States Bankruptcy Judge
Western District of Pennsylvania

Jeffrey

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 18-22598-JAD
Richard S. Ross                                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut              Page 1 of 1              Date Rcvd: Nov 05, 2018
                             Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
db         +Richard S. Ross,    109 Ashley Ct.,    Pittsburgh, PA 15221-4121
cr         +Gerald S. Lepre, Jr.,    1922 Kenneth Avenue,    Arnold, PA 15068-4225
cr         +Jessica Weiss,    1922 Kenneth Avenue,    Arnold, PA 15068-4225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2018 at the address(es) listed below:
              Donald R. Calaiaro    on behalf of Debtor Richard S. Ross dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              James   Warmbrodt    on behalf of Creditor    Fay Servicing as servicer for PROF-2014- S2 LEGAL
               Title Trust II, by U.S Bank National Association, as legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Jerome B. Blank    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               pawb@fedphe.com
              Joseph S. Sisca,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Michael J Shavel    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               mshavel@hillwallack.com, lcampbell@hillwallack.com;mosbeck@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 10