# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

Debtor: RICHARD S. ROSS
Case Number: 18-22598-JAD    Chapter: 7
Date / Time / Room: TUESDAY, NOVEMBER 13, 2018 10:00 AM   COURTROOM D

Bankruptcy Judge: JEFFERY A. DELLER
Courtroom Clerk: JEFF FURIS
Reporter / ECR: N/A

### Matter:

Motion For Extension of Time To File Complaint Objection To Discharge filed by Gerald S. Lepre, Jr, and Jessica L. Weiss
- Response filed by Debtor on 11/6/2018 at Doc. 61 [Due 11/6/2018]
R / M #: 46 / 0

### Appearances:

CHAPTER 7 TRUSTEE: Jeffrey J. Sikirica, Esq.
DEBTOR(S): Donald R. Calaiaro, Esq.
CREDITOR(S): Gerald S. Lepre, Jr., and Jessica Weiss
CREDITOR(S):

### Proceedings:

__✓__ Motion IS GRANTED  / __ DENIED
____ Special Type Of Order:
____ CONTINUE MATTER:
   ____ For At Least ____ Days (Court To Issue Scheduling Order)
   ____ To Hearing Date Of _____ at ____ AM/PM at ____
   ____ To Conciliation Conference For _____ at ____ AM/PM at ____
____ ISSUE EVIDENTIARY HEARING NOTICE
   ____ Evidentiary Hearing On Value And Cram-Down Interest
   ____ Complex / Pretrial Order - NONJURY  / JURY
   ____ Simple / Pretrial Order - NONJURY  / JURY
   ____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

FILED
11/13/18 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge