IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| Richard S. Ross, | : | |
| Debtor, | : | |
| | : | |
| Gerald S. Lepre, Jr. and Jessica L. Weiss, | : | |
| Plaintiff(s), | : | |
| Vs. | : | |
| Richard S. Ross, | : | |
| Defendant. | : | Bankruptcy No. 18-22598-JAD |

### ORDER OF COURT

AND NOW TO WIT, this __13th__ day of __November__, 2018, upon due and careful consideration of Gerald S. Lepre, Jr. and Jessica L. Weiss's Motion for Extension of Time, the same be and is hereby **GRANTED**. A complaint objecting to discharge must be filed by __December 13, 2018__.

BY THE COURT:

_Jeffery_ _____.J
Jeffrey A. Deller
United States Bankruptcy Judge
Western District of Pennsylvania

FILED
11/13/18 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard S. Ross  
      Debtor

Case No. 18-22598-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Nov 13, 2018  
                      Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
```
db          +Richard S. Ross,    109 Ashley Ct.,    Pittsburgh, PA 15221-4121
cr          +Gerald S. Lepre, Jr.,   1922 Kenneth Avenue,    Arnold, PA 15068-4225
cr          +Jessica Weiss,    1922 Kenneth Avenue,    Arnold, PA 15068-4225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
```
          Donald R. Calaiaro    on behalf of Debtor Richard S. Ross dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          James  Warmbrodt    on behalf of Creditor    Fay Servicing as servicer for PROF-2014- S2 LEGAL
           Title Trust II, by U.S Bank National Association, as legal Title Trustee bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica     trusteesikirica@zoominternet.net,    PA59@ecfcbis.com
          Jerome B. Blank    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
           pawb@fedphe.com
          Joseph S. Sisca,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee   Office
           of the United States Trustee joseph.s.sisca@usdoj.gov
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
          Michael J Shavel    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
           mshavel@hillwallack.com,   lcampbell@hillwallack.com;mosbeck@hillwallack.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```