**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH)

| | |
|---|---|
| IN RE:<br>Richard S. Ross<br>　　Debtor,<br><br>Wilmington Savings Fund Society, FSB, as owner trustee of the Residential Credit Opportunities Trust V-B<br>　　Movant,<br>v.<br>Richard S. Ross<br>　　Respondent. | CHAPTER 7<br><br>CASE NO.: 18-22598-JAD<br><br>HEARING DATE December 11, 2018<br>TIME:  10:00 a.m.<br>LOCATION: COURTROOM D<br><br>　Doc. # 67 |

**ORDER FOR RELIEF**

AND NOW, this __4th__ day of December, 2018, upon the Motion of Wilmington Savings Fund Society, FSB, as owner trustee of the Residential Credit Opportunities Trust V-B ("Movant") for relief from the Automatic Stay, it is

ORDERED AND DECREED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 109 Ashley Ct., Pittsburgh, PA 15221 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

FILED
12/4/18 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____jsf
Jeffery A. Deller, USBJ

{06357276; 1}

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-22598-JAD
Richard S. Ross                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: ddoy    Page 1 of 1    Date Rcvd: Dec 04, 2018
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
db             +Richard S. Ross,    109 Ashley Ct.,    Pittsburgh, PA 15221-4121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
      Donald R. Calaiaro    on behalf of Debtor Richard S. Ross dcalaiaro@c-vlaw.com,
       cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
      James   Warmbrodt    on behalf of Creditor   PROF-2014- S2 LEGAL Title Trust II, by U.S Bank National Association, as legal Title Trustee bkgroup@kmllawgroup.com
      James   Warmbrodt    on behalf of Creditor   Fay Servicing as servicer for PROF-2014- S2 LEGAL Title Trust II, by U.S Bank National Association, as legal Title Trustee bkgroup@kmllawgroup.com
      Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,    PA59@ecfcbis.com
      Jerome B. Blank    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al pawb@fedphe.com
      Joseph S. Sisca,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office of the United States Trustee joseph.s.sisca@usdoj.gov
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
      Martin A. Mooney    on behalf of Creditor   TD Auto Finance LLC ahight@schillerknapp.com, kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
      Michael J Shavel    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al mshavel@hillwallack.com,   lcampbell@hillwallack.com;mosbeck@hillwallack.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                TOTAL: 11