Form 400

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard S. Ross**
Debtor(s)

Bankruptcy Case No.: 18−22598−JAD

Chapter: 7
Docket No.: 78 − 77

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this **December 10, 2018**, a Motion To Grant Leave To Intervene To Motion For Relief From Automatic Stay having been filed by Gerald S. Lepre, Jr. and Jessica L. Weiss in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. Counsel for the Moving Party shall serve *IMMEDIATELY*, pursuant to *Bankruptcy Rule 7004*, a copy of this Order and the Motion upon all parties from whom relief is sought, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the *Certificate* may result in dismissal of the above−captioned proceeding.**

2. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by December 31, 2018 .** Any response should be served on the Moving Party, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case.

3. Said Motion is scheduled for hearing on **January 7, 2019 at 10:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

4. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

5. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

                                                                        Jeffery A. Deller
                                                                        Judge

cm:    Gerald S. Lepre, Jr.
       Jessica L. Weiss

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard S. Ross  
     Debtor

Case No. 18-22598-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jfur     Page 1 of 1     Date Rcvd: Dec 10, 2018  
                        Form ID: 400     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
```
cr           +Gerald S. Lepre, Jr.,   1922 Kenneth Avenue,   Arnold, PA 15068-4225
cr           +Jessica Weiss,   1922 Kenneth Avenue,   Arnold, PA 15068-4225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2018 at the address(es) listed below:
```
              Donald R. Calaiaro    on behalf of Debtor Richard S. Ross dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              James    Warmbrodt    on behalf of Creditor    PROF-2014- S2 LEGAL Title Trust II, by U.S Bank
               National Association, as legal Title Trustee bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Fay Servicing as servicer for PROF-2014- S2 LEGAL
               Title Trust II, by U.S Bank National Association, as legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,    PA59@ecfcbis.com
              Jerome B. Blank    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               pawb@fedphe.com
              Joseph S. Sisca,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Michael J Shavel    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               mshavel@hillwallack.com,   lcampbell@hillwallack.com;mosbeck@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 11
```