IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** <br> Richard S. Ross, <br>     **Debtor,** <br> Gerald S. Lepre, Jr. and <br> Jessica Leigh Weiss, <br>     **Plaintiffs,** <br>     v. <br> Richard S. Ross, <br>     **Defendant.** | ) Bankruptcy No. 18-22598-JAD <br> ) <br> ) Chapter 7 <br> ) <br> ) Adversary No. 18-2233-JAD <br> ) Related Document No. 32-29 <br> ). <br> ) Document No. 34 |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

Upon consideration of the parties' Motion for an order to approve the settlement pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "Motion"); and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is hereby GRANTED.

2. The settlement as contained in the Stipulation of Counsel as it pertains to this adversary is authorized and approved by the Court, as followed:

    a. Gerald S. Lepre, Jr. and Jessica Leigh Weiss have a non-dischargeable debt under 11 U.S.C. § 523(a)(2)(A) in the amount of $5,000.00. $3,000.00 of the non-dischargeable debt will become payable within three (3) days of the Court approving this settlement. The payment will be made by cashier's

check. The remaining $2,000.00 of the debt will be payable over two years in payments of $83.34 per month or until otherwise satisfied at an earlier time.

      b.      Upon the complete payment of the $5,000.00, Gerald S. Lepre, Jr. and Jessica Leigh Weiss will satisfy any and all claims against the Debtor, Richard S. Ross.

      c.      Gerald S. Lepre, Jr. and Jessica Leigh Weiss agree to waive any claim under 11 U.S.C. § 523(a)(4) [Count II of the Complaint] and 11 U.S.C. § 523(a)(6) [Count III of the Complaint].

      d.      Gerald S. Lepre, Jr. and Jessica Leigh Weiss agree that the Defendant, Richard S. Ross, was not acting as their lawyer in this transaction.

      e.      Gerald S. Lepre, Jr. and Jessica Leigh Weiss agree to withdraw Count IV of their Complaint against Richard S. Ross.

      f.      Richard S. Ross agrees to withdraw his counter-claim for Unjust Enrichment and Quantum Meruit against Gerald S. Lepre, Jr. and Jessica Leigh Weiss.

      g.      Each party will bear their own counsel fees and costs.

      h.      In the event of default on this agreement, the Plaintiffs may pursue their State Court rights against the Debtor.

3.      The Court finds and determines that the Settlement of this adversary action is fair, reasonable and is in the best interests of the Debtor's estate and the creditors.

4.      The parties are hereby authorized to perform all necessary obligations to consummate settlement and the Clerk is directed to mark this matter closed; and

5. The Court shall retain jurisdiction with respect to all matter arising from or related to the implementation or interpretation of this Order.

6. This Order approving the settlement shall not be effective until November 20, 2019. Creditors and other parties in interest may file written objections to the settlement should they have any, and the deadline to file them is 4:00 p.m EST, on November 20, 2019. If no objections are timely filed, this Order approving settlement shall e deemed final without further notice and/or hearing. If any objections are timely filed, then this Court shall schedule a hearing regarding the terms of settlement and the substance of any objection.

The Evidentiary Hearing/Trial scheduled for Tuesday, November 5, 2019, IS CANCELLED.

By the Court:

_____
Honorable Jeffery A. Deller
United States Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
   Richard S. Ross
   Gerald S. Lepre, Jr.
   Jessica Leigh Weiss
   Donald R. Calaiaro, Esquire
   David Z. Valencik, Esquire

Mailing Matrix filed at
Bankruptcy No. 18-22598-JAD

FILED
10/30/19 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-22598-JAD
Richard S. Ross                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 3              Date Rcvd: Oct 30, 2019
                              Form ID: pdf900         Total Noticed: 93

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
```
db              +Richard S. Ross,    109 Ashley Ct.,    Pittsburgh, PA 15221-4121
cr             #+Gerald S. Lepre, Jr.,    1922 Kenneth Avenue,    Arnold, PA 15068-4225
cr             #+Jessica Weiss,    1922 Kenneth Avenue,    Arnold, PA 15068-4225
cr              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14880526        +A.R.M. Solutions, Inc.,    P.O. Box 3666,    Camarillo, CA 93011-3666
14872018        +Amato Keating and Lessa,    107 N. Commerce Way,    Bethlehem, PA 18017-8913
14880529        +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
14880531         Brandon Stash,    c/o Joanne Blasko,    12580 Route 993,    Ardara, PA 15615
14872019         Brian Mrozek,    Firestorm Insurance Restoration,    1807 Main St.,    Arona, PA 15617
14880533        +Brown & Joseph, LTD,    P.O. Box 59838,    Schaumburg, IL 60159-0838
14880534         Busy Beaver Building Centers Inc.,    3130 Wm Pitt Way,    Pittsburgh, PA 15238
14880537        +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14880542         CNA Deductable Recovery Group,    P.O. Box 6065-02,    Hermitage, PA 16148
14880545        +CPU Exhibits, Inc,    507 Forest Avenue,    Carnegie, PA 15106-2881
14880536        +Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
14880538       #+Choice Care Physicians PC,    2585 Freeport Road, Ste. 105,    Pittsburgh, PA 15238-1426
14880539        +Cisco, Inc.,    1702 Townhurst Drive,    Houston, TX 77043-2811
14918616        +City of Chicago Department of Finance,     P.O. Box 88292,    Chicago, IL 60680-1292
14880540        +Clean Up Containers,    4500-B New Texas Road,    Pittsburgh, PA 15239-1137
14880541         Cloud & Willis, LLC,    201 Beacon Parkway,    Greensburg, PA 15601
14880543        +Collection Management Solutions, LLC,    1166 West Newport Center Drive, Ste 118,
                  Deerfield Beach, FL 33442-7739
14880544        +Collection Service Center,    839 5th Avenue,    P.O. Box 560,    New Kensington, PA 15068-0560
14894975        +County of Allegheny,    P.O. Box 643385,    Pittsburgh, PA 15264-3385
14872022        +Delta Mgmt. Group Inc.,    2499 Rice Street, Suite 245,    Saint Paul, MN 55113-3700
14872024        +Dollar Bank,    2700 Liberty Avenue,    Pittsburgh, PA 15222-4700
14894977        +Dollar Bank,    P.O. Box 1700,    Pittsburgh, PA 15230-1700
14880548        +Duquesne Light Company,    Payment Processing Center,    P.O. Box 67,    Pittsburgh, PA 15122
14894978        +Ehrlich-Pest,    P.O. Box 13846,    Reading, PA 19612-3846
14880549        +Eleanor Bauman,    3484 Woodland Drive,    Murrysville, PA 15668-1458
14880550        +First Data Global Leasing,    P.O. Box 173845,    Denver, CO 80217-3845
14872025        +First Niagra Bank,    4224 Ridge Lea Rd.,    Buffalo, NY 14226-1016
14880551         Forest Hills Boro,    2073 Ardmore Blvd.,    Pittsburgh, PA 15221
14872026         Francis S. Hallinan,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
                  Philadelphia, PA 19103
14894979        +GS Smokeless Grill,    P.O. Box 406,    Farmingdale, NY 11735-0406
14880552        +Gerald Lepre, Jr./Jessica Weiss,    1922 Kenneth Avenue,    New Kensington, PA 15068-4225
14872027        +Gilbert Lucas,    5315 Glenmore Drive,    Lakeland, FL 33813-3021
14880554        +Henry Kopczynski,    82 Butler Street Ext.,    Valencia, PA 16059-8744
14880556        +Insurance Restoration Consultants, Inc.,    c/o Anthony R. Sosso Jr., Esquire,
                  1310 Freeport Road,    Pittsburgh, PA 15238-3162
14880557        +Jack R. Creel & Associates,    P.O. Box 801083,    Houston, TX 77280-1083
14880558        +James P Sommers,    1804 Roosevelt Road,    Sewickley, PA 15143-9532
14880559       #+Jessica L. Weiss & Gerald Lepre, Jr,    1922 Kenneth Avenue,    New Kensington, PA 15068-4225
14880561        +Lana Agras,    301 Kay Drive,    Pittsburgh, PA 15236-1556
14880562        +Lexis Nexis,    Attn: Demetrius Fuqua,    9443 Springboro Pike,    Miamisburg, OH 45342-5490
14880564        +Linebarger Goggan Blair & Sampson LLP,    4 Penn Center,    1600 JFK Boulevard, Suite 910,
                  Philadelphia, PA 19103-2818
14880565        +Lisa J. Ross,    109 Ashley Court,    Pittsburgh, PA 15221-4121
14880566        +Louis Schwartz, Esquire,    1000 Frick Building,    437 Grant Street,    Pittsburgh, PA 15219-6002
14872029         Macy's,    P.O. Box 183083,    Columbus, OH 43218-3083
14894980        +Macys,    P.O. Box 8058,    Mason, OH 45040-8058
14872030        +Macys American Express,    P.O. Box 31179,    Tampa, FL 33631-3179
14880567        +Markovitz Dugan & Associates,    1001 East Entry Drive,    Pittsburgh, PA 15216-2946
14880568        +National Recovery,    2491 PaxtonSt.,    Harrisburg, PA 17111-1036
14894976        +New Kensington City Property Tax,    301 11th Street,    New Kensington, PA 15068-6179
14880569        +Ohio Mutual Casualty A Liberty Mutual,     P.O. Box 2050,    Keene, NH 03431-7050
14880570        +PA Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                  Harrisburg, PA 17128-0432
14872034        +PNC Bank Credit Card,    P.O. Box 5570,    Mailstop BR-YB58-01-5,    Cleveland, OH 44101-0570
14872032        +Paul Rennie, Esquire,    Dickie McCaney,    2 PPG Place, Suite 400,    Pittsburgh, PA 15222-5491
14880571        +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
14880572         Peoples Natural Gas,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14872033         Pepsi Bottling Group,    Buncher Commerce Park,    Youngwood, PA 15687
14880573        +Phillips & Cohen Associates, Ltd.,    Mail Stop 658,    1002 Justison Street,
                  Wilmington, DE 19801-5148
14894981        +Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
14880574        +Sean Booth,    1805 Franklin Street Rear,    Greensburg, PA 15601-5510
14880575        +Sunoco, Inc.,    PO Box 6407,    Sioux Falls, SD 57117-6407
14880576        +Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
14880577        +TD Auto Finance,    P.O. Box 16035,    Lewiston, ME 04243-9517
14880579        +U.S. Bank National Association, As Legal,    PO Box 619063,    Dallas, TX 75261-9063
14880580        +US Airways Dividend Miles,    Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
```

```
District/off: 0315-2           User: aala                  Page 2 of 3                   Date Rcvd: Oct 30, 2019
                               Form ID: pdf900             Total Noticed: 93


14872037       +United American Savings Bank,    c/o Hergenroeder Rega Ewing & Kennedy,,
                 Attn: Edward T. Harvey, Esquire,    650 Smithfield St., Suite 1700,    Pittsburgh, PA 15222-3913
14872038       +Wells Fargo Bank NA,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7200
14872039       +Wilmington Savings Fund Society FSB,    15480 Laguna Canyon Rd. , Suite 100,
                 Irvine, CA 92618-2132
14872041       +Wm. Congelio, Esquire,    152 Irsishtown Rd.,    Venetia, PA 15367-1172
14872040       +Wm. Congelio, Esquire,    P.O. Box 1011,    Canonsburg, PA 15317-4011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Oct 31 2019 03:49:36      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14880527       +E-mail/Text: ally@ebn.phinsolutions.com Oct 31 2019 03:47:36      Ally Asset Recovery Center,
                 P.O. Box 78369,    Phoenix, AZ 85062-8369
14880528        E-mail/Text: ally@ebn.phinsolutions.com Oct 31 2019 03:47:36      Ally Financial Bank,
                 P.O. Box 380902,    Minneapolis, MN 55438-0902
14880530       +E-mail/Text: rmckay@biehlcollects.com Oct 31 2019 03:49:45      Biehl & Biehl, Inc.,
                 P.O. Box 87410,    Carol Stream, IL 60188-7410
14880532       +E-mail/Text: updates@brennanclark.com Oct 31 2019 03:49:19      Brenan & Clark Ltd.,
                 721 E. Madison,    Suite 200,    Villa Park, IL 60181-3083
14913602       +E-mail/Text: bns@sommerlawgroup.com Oct 31 2019 03:49:52
                 Brian Mrozek T/D/B/A Firestorm Restoration Service,    C/O Sommer Law Group, PC,
                 6 Market Square,    Pittsburgh, PA 15222-1813
14880535       +E-mail/Text: bmauler@cadnetics.com Oct 31 2019 03:49:53      Cadnetics,    P.O. Box 72,
                 Oakdale, PA 15071-0072
14872020       +E-mail/Text: bkdept@cancapital.com Oct 31 2019 03:47:33      Can Capital Inc.,
                 2015 Vaughn Rd. NW,    Building 500,    Kennesaw, GA 30144-7831
14872021       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2019 03:45:00      Capital One,
                 P.O. Box 30253,    Salt Lake City, UT 84130-0253
14880546       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 31 2019 03:49:46
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14880553       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 31 2019 03:47:58      GM Financial,
                 P.O. Box 78143,    Phoenix, AZ 85062-8143
14880555       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Oct 31 2019 03:48:56      Hunter Warfield,
                 4620 Woodland Corporate Blvd.,    Tampa, FL 33614-2415
14872023        E-mail/Text: cio.bncmail@irs.gov Oct 31 2019 03:47:53      Department of the Treasury,
                 Internal Revenue Service,    Philadelphia, PA 19255
14872028        E-mail/Text: bncnotices@becket-lee.com Oct 31 2019 03:47:47      Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
14880563       +E-mail/Text: bankruptcies@libertymutual.com Oct 31 2019 03:48:48      Liberty Mutual Insurance,
                 9450 Seward Road,    Fairfield, OH 45014-5412
14872031       +E-mail/Text: bnc@nordstrom.com Oct 31 2019 03:47:52      Nordstrom,    P.O. Box 13589,
                 Scottsdale, AZ 85267-3589
14878177        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:48:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14872035       +E-mail/Text: plamas@credibly.com Oct 31 2019 03:49:25      Retail Capital,
                 1250 Kirts Blvd., Suite 100,    Troy, MI 48084-4737
14880578       +E-mail/Text: bankruptcydepartment@tsico.com Oct 31 2019 03:49:30      Transworld Systems Inc.,
                 507 Prudential Road,    Horsham, PA 19044-2308
14872036       +E-mail/Text: Diane@mvrlaw.com Oct 31 2019 03:47:40      U.S. Bank National Association, As Legal,
                 Title Trustee/Fay Servicing LLC,    c/o Martha E. Von Rosentiel, Esquire,
                 649 South Avenue, Suite 7,    Secane, PA 19018-3541
14880581       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 31 2019 03:48:54      West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing as servicer for PROF-2014- S2 LEGAL
cr              PROF-2014- S2 LEGAL Title Trust II, by U.S Bank Na
cr              TD Auto Finance LLC
cr              Wilmington Savings Fund Society, FSB, et al
14880547*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Department of the Treasury,    Internal Revenue Service,
                 Philadelphia, PA 19255)
14880560       ##+Joshua P Ward, Esquire,    Law Office of Fenters Ward,    6101 Penn Avenue, Suite 201,
                 Pittsburgh, PA 15206-3956
                                                                                              TOTALS: 4, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: aala                Page 3 of 3              Date Rcvd: Oct 30, 2019
                               Form ID: pdf900           Total Noticed: 93
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:

```
          David Z. Valencik    on behalf of Defendant Richard S. Ross dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Counter-Claimant Richard S. Ross dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Richard S. Ross dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Defendant Richard S. Ross dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          James    Warmbrodt     on behalf of Creditor    PROF-2014- S2 LEGAL Title Trust II, by U.S Bank
           National Association, as legal Title Trustee bkgroup@kmllawgroup.com
          James    Warmbrodt     on behalf of Creditor    Fay Servicing as servicer for PROF-2014- S2 LEGAL
           Title Trust II, by U.S Bank National Association, as legal Title Trustee bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica     trusteesikirica@zoominternet.net, PA59@ecfcbis.com
          Jerome B. Blank    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
           pawb@fedphe.com
          Joseph S. Sisca,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee   Office
           of the United States Trustee joseph.s.sisca@usdoj.gov
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
           acarmany@schillerknapp.com;bfisher@schillerknapp.com
          Michael J Shavel    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
           mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 14
```