**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Richard S. Ross** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−4729** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18−22598−JAD**

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Richard S. Ross

12/18/19                                                                 **By the court:**   Jeffery A. Deller
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-22598-JAD
Richard S. Ross                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: llea                 Page 1 of 3             Date Rcvd: Dec 18, 2019
                              Form ID: 318               Total Noticed: 94

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.

```
db              +Richard S. Ross,    109 Ashley Ct.,    Pittsburgh, PA 15221-4121
cr             #+Gerald S. Lepre, Jr.,    1922 Kenneth Avenue,    Arnold, PA 15068-4225
cr             #+Jessica Weiss,    1922 Kenneth Avenue,    Arnold, PA 15068-4225
cr              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14880526        +A.R.M. Solutions, Inc.,    P.O. Box 3666,    Camarillo, CA 93011-3666
14872018        +Amato Keating and Lessa,    107 N. Commerce Way,    Bethlehem, PA 18017-8913
14880531         Brandon Stash,    c/o Joanne Blasko,    12580 Route 993,    Ardara, PA 15615
14872019         Brian Mrozek,    Firestorm Insurance Restoration,    1807 Main St.,    Arona, PA 15617
14880533        +Brown & Joseph, LTD,    P.O. Box 59838,    Schaumburg, IL 60159-0838
14880534         Busy Beaver Building Centers Inc.,    3130 Wm Pitt Way,    Pittsburgh, PA 15238
14880537        +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14880542         CNA Deductable Recovery Group,    P.O. Box 6065-02,    Hermitage, PA 16148
14880545        +CPU Exhibits, Inc,    507 Forest Avenue,    Carnegie, PA 15106-2881
14880538       #+Choice Care Physicians PC,    2585 Freeport Road, Ste. 105,    Pittsburgh, PA 15238-1426
14880539        +Cisco, Inc.,    1702 Townhurst Drive,    Houston, TX 77043-2811
14918616        +City of Chicago Department of Finance,    P.O. Box 88292,    Chicago, IL 60680-1292
14880540        +Clean Up Containers,    4500-B New Texas Road,    Pittsburgh, PA 15239-1137
14880541         Cloud & Willis, LLC,    201 Beacon Parkway,    Greensburg, PA 15601
14880543        +Collection Management Solutions, LLC,    1166 West Newport Center Drive, Ste 118,
                  Deerfield Beach, FL 33442-7739
14880544        +Collection Service Center,    839 5th Avenue,    P.O. Box 560,    New Kensington, PA 15068-0560
14894975        +County of Allegheny,    P.O. Box 643385,    Pittsburgh, PA 15264-3385
14872022        +Delta Mgmt. Group Inc.,    2499 Rice Street, Suite 245,    Saint Paul, MN 55113-3700
14894977        +Dollar Bank,    P.O. Box 1700,    Pittsburgh, PA 15230-1700
14872024        +Dollar Bank,    2700 Liberty Avenue,    Pittsburgh, PA 15222-4700
14880548        +Duquesne Light Company,    Payment Processing Center,    P.O. Box 67,    Pittsburgh, PA 15122
14894978        +Ehrlich-Pest,    P.O. Box 13846,    Reading, PA 19612-3846
14880549        +Eleanor Bauman,    3484 Woodland Drive,    Murrysville, PA 15668-1458
14880550        +First Data Global Leasing,    P.O. Box 173845,    Denver, CO 80217-3845
14872025        +First Niagra Bank,    4224 Ridge Lea Rd.,    Buffalo, NY 14226-1016
14880551         Forest Hills Boro,    2073 Ardmore Blvd.,    Pittsburgh, PA 15221
14872026         Francis S. Hallinan,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
                  Philadelphia, PA 19103
14894979        +GS Smokeless Grill,    P.O. Box 406,    Farmingdale, NY 11735-0406
14880552        +Gerald Lepre, Jr./Jessica Weiss,    1922 Kenneth Avenue,    New Kensington, PA 15068-4225
14872027        +Gilbert Lucas,    5315 Glenmore Drive,    Lakeland, FL 33813-3021
14880554        +Henry Kopczynski,    82 Butler Street Ext.,    Valencia, PA 16059-8744
14880556        +Insurance Restoration Consultants, Inc.,    c/o Anthony R. Sosso Jr., Esquire,
                  1310 Freeport Road,    Pittsburgh, PA 15238-3162
14880557        +Jack R. Creel & Associates,    P.O. Box 801083,    Houston, TX 77280-1083
14880558        +James P Sommers,    1804 Roosevelt Road,    Sewickley, PA 15143-9532
14880559       #+Jessica L. Weiss & Gerald Lepre, Jr,    1922 Kenneth Avenue,    New Kensington, PA 15068-4225
14880561        +Lana Agras,    301 Kay Drive,    Pittsburgh, PA 15236-1556
14880562        +Lexis Nexis,    Attn: Demetrius Fuqua,    9443 Springboro Pike,    Miamisburg, OH 45342-5490
14880564        +Linebarger Goggan Blair & Sampson LLP,    4 Penn Center,    1600 JFK Boulevard, Suite 910,
                  Philadelphia, PA 19103-2818
14880565        +Lisa J. Ross,    109 Ashley Court,    Pittsburgh, PA 15221-4121
14880566        +Louis Schwartz, Esquire,    1000 Frick Building,    437 Grant Street,    Pittsburgh, PA 15219-6002
14872030        +Macys American Express,    P.O. Box 31179,    Tampa, FL 33631-3179
14880567        +Markovitz Dugan & Associates,    1001 East Entry Drive,    Pittsburgh, PA 15216-2946
14880568        +National Recovery,    2491 PaxtonSt.,    Harrisburg, PA 17111-1036
14894976        +New Kensington City Property Tax,    301 11th Street,    New Kensington, PA 15068-6179
14880569        +Ohio Mutual Casualty A Liberty Mutual,    P.O. Box 2050,    Keene, NH 03431-7050
14880570        +PA Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                  Harrisburg, PA 17128-0432
14872034        +PNC Bank Credit Card,    P.O. Box 5570,    Mailstop BR-YB58-01-5,    Cleveland, OH 44101-0570
14872032        +Paul Rennie, Esquire,    Dickie McCaney,    2 PPG Place, Suite 400,    Pittsburgh, PA 15222-5491
14880571        +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
14880572         Peoples Natural Gas,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14872033         Pepsi Bottling Group,    Buncher Commerce Park,    Youngwood, PA 15687
14880573        +Phillips & Cohen Associates, Ltd.,    Mail Stop 658,    1002 Justison Street,
                  Wilmington, DE 19801-5148
14894981        +Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
14880574        +Sean Booth,    1805 Franklin Street Rear,    Greensburg, PA 15601-5510
14880575         Sunoco, Inc.,    PO Box 6407,    Sioux Falls, SD 57117-6407
14880576        +Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
14880577        +TD Auto Finance,    P.O. Box 16035,    Lewiston, ME 04243-9517
14880579        +U.S. Bank National Association, As Legal,    PO Box 619063,    Dallas, TX 75261-9063
14872037        +United American Savings Bank,    c/o Hergenroeder Rega Ewing & Kennedy,,
                  Attn: Edward T. Harvey, Esquire,    650 Smithfield St., Suite 1700,    Pittsburgh, PA 15222-3913
14872039        +Wilmington Savings Fund Society FSB,    15480 Laguna Canyon Rd. , Suite 100,
                  Irvine, CA 92618-2132
14872041        +Wm. Congelio, Esquire,    152 Irsishtown Rd.,    Venetia, PA 15367-1172
```

```
District/off: 0315-2              User: llea                    Page 2 of 3                   Date Rcvd: Dec 18, 2019
                                  Form ID: 318                  Total Noticed: 94


14872040        +Wm. Congelio, Esquire,    P.O. Box 1011,    Canonsburg, PA 15317-4011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:15:44      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Dec 19 2019 03:16:23      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14880527       +EDI: GMACFS.COM Dec 19 2019 07:58:00      Ally Asset Recovery Center,    P.O. Box 78369,
                 Phoenix, AZ 85062-8369
14880528        EDI: GMACFS.COM Dec 19 2019 07:58:00      Ally Financial Bank,    P.O. Box 380902,
                 Minneapolis, MN 55438-0902
14880529       +EDI: TSYS2.COM Dec 19 2019 07:58:00      Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
14880530       +E-mail/Text: rmckay@biehlcollects.com Dec 19 2019 03:16:28      Biehl & Biehl, Inc.,
                 P.O. Box 87410,    Carol Stream, IL 60188-7410
14880532       +E-mail/Text: updates@brennanclark.com Dec 19 2019 03:16:11      Brenan & Clark Ltd.,
                 721 E. Madison,    Suite 200,    Villa Park, IL 60181-3083
14913602       +E-mail/Text: bns@sommerlawgroup.com Dec 19 2019 03:16:32
                 Brian Mrozek T/D/B/A Firestorm Restoration Service,    C/O Sommer Law Group, PC,
                 6 Market Square,    Pittsburgh, PA 15222-1813
14880535       +E-mail/Text: bmauler@cadnetics.com Dec 19 2019 03:16:32      Cadnetics,    P.O. Box 72,
                 Oakdale, PA 15071-0072
14872020       +E-mail/Text: bkdept@cancapital.com Dec 19 2019 03:15:21      Can Capital Inc.,
                 2015 Vaughn Rd. NW,    Building 500,    Kennesaw, GA 30144-7831
14872021       +EDI: CAPITALONE.COM Dec 19 2019 07:58:00      Capital One,    P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
14880536       +EDI: TSYS2.COM Dec 19 2019 07:58:00      Card Services,    P.O. Box 13337,
                 Philadelphia, PA 19101-3337
14880546       +EDI: CCS.COM Dec 19 2019 07:58:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
14880553       +EDI: PHINAMERI.COM Dec 19 2019 07:58:00      GM Financial,    P.O. Box 78143,
                 Phoenix, AZ 85062-8143
14880555       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Dec 19 2019 03:16:00      Hunter Warfield,
                 4620 Woodland Corporate Blvd.,    Tampa, FL 33614-2415
14872023        EDI: IRS.COM Dec 19 2019 07:58:00      Department of the Treasury,    Internal Revenue Service,
                 Philadelphia, PA 19255
14872028        E-mail/Text: bncnotices@becket-lee.com Dec 19 2019 03:15:28      Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
14880563       +E-mail/Text: bankruptcies@libertymutual.com Dec 19 2019 03:15:57      Liberty Mutual Insurance,
                 9450 Seward Road,    Fairfield, OH 45014-5412
14872029        EDI: TSYS2.COM Dec 19 2019 07:58:00      Macy's,    P.O. Box 183083,    Columbus, OH 43218-3083
14894980       +EDI: TSYS2.COM Dec 19 2019 07:58:00      Macys,    P.O. Box 8058,    Mason, OH 45040-8058
14872031       +E-mail/Text: bnc@nordstrom.com Dec 19 2019 03:15:31      Nordstrom,    P.O. Box 13589,
                 Scottsdale, AZ 85267-3589
14878177        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:15:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA   17128-0946
14872035       +E-mail/Text: plamas@credibly.com Dec 19 2019 03:16:17      Retail Capital,
                 1250 Kirts Blvd., Suite 100,    Troy, MI 48084-4737
14880578       +E-mail/Text: bankruptcydepartment@tsico.com Dec 19 2019 03:16:21      Transworld Systems Inc.,
                 507 Prudential Road,    Horsham, PA 19044-2308
14872036       +E-mail/Text: Diane@mvrlaw.com Dec 19 2019 03:15:26      U.S. Bank National Association, As Legal,
                 Title Trustee/Fay Servicing LLC,    c/o Martha E. Von Rosentiel, Esquire,
                 649 South Avenue, Suite 7,    Secane, PA 19018-3541
14880580        +EDI: TSYS2.COM Dec 19 2019 07:58:00      US Airways Dividend Miles,    Card Services,
                 P.O. Box 13337,    Philadelphia, PA 19101-3337
14872038       +EDI: WFFC.COM Dec 19 2019 07:58:00      Wells Fargo Bank NA,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7200
14880581       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 19 2019 03:15:58      West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing as servicer for PROF-2014- S2 LEGAL
cr              PROF-2014- S2 LEGAL Title Trust II, by U.S Bank Na
cr              TD Auto Finance LLC
cr              Wilmington Savings Fund Society, FSB, et al
14880547*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Department of the Treasury,    Internal Revenue Service,
                 Philadelphia, PA 19255)
14880560      ##+Joshua P Ward, Esquire,    Law Office of Fenters Ward,    6101 Penn Avenue, Suite 201,
                 Pittsburgh, PA 15206-3956
                                                                                   TOTALS: 4, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2                  User: llea                    Page 3 of 3                   Date Rcvd: Dec 18, 2019
                                      Form ID: 318                  Total Noticed: 94
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              David Z. Valencik    on behalf of Defendant Richard S. Ross dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Counter-Claimant Richard S. Ross dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Richard S. Ross dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Defendant Richard S. Ross dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor   PROF-2014- S2 LEGAL Title Trust II, by U.S Bank
               National Association, as legal Title Trustee bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   Fay Servicing as servicer for PROF-2014- S2 LEGAL
               Title Trust II, by U.S Bank National Association, as legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Jerome B. Blank    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al
               pawb@fedphe.com
              Joseph S. Sisca,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Martin A. Mooney    on behalf of Creditor   TD Auto Finance LLC kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Michael J Shavel    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al
               mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 14